43 A.3d 1286

**Ralph ROMAN, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Respondent.**

**No. 10 EM 2012.**

Supreme Court of Pennsylvania.

May 7, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of May, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus and the Application for an Immediate Hearing are **DENIED.**